■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAYTON HERRING, Appellant. [652 NYS2d 578] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Niagara County Court, Fricano, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Denman, P. J., Pine, Wesley, Doerr and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT SCHAFER, Appellant. [652 NYS2d 183] —Judgment unanimously affirmed. Memorandum: Because defendant failed to comply with a presentence condition to which he had voluntarily agreed, County Court properly sentenced defendant to an enhanced sentence (*see generally, People v Smith,* 85 NY2d 919, 920; *People v Avery,* 85 NY2d 503, 507). We have examined defendant's remaining argument and conclude that it is without merit. (Appeal from Judgment of Onondaga County Court, Dwyer, J.—Assault, 2nd Degree.) Present—Denman, P. J., Pine, Wesley, Doerr and Balio, JJ.